

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| FRANKLIN DANUARI CALIX-REYES, | § | No. 08-23-00357-CR |
| Appellant, | § | Appeal from the |
| v. | § | 112th District Court |
| THE STATE OF TEXAS, | § | of Crockett County, Texas |
| Appellee. | § | (TC# 20-08-03163-CR) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED this 28th day of March 2025.


LISA J. SOTO, Justice


Before Salas Mendoza, C.J. Palafox and Soto, JJ.